UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: Noble Health Real Estate II, LLC      )
                                              )
       Debtor.                                )      CASE NO: 23-20100-11

ENTRY OF APPEARANCE

Comes now Garrett S. Taylor and enters his appearance for creditor TMW, LLC.

/s/ Garrett S. Taylor
Garrett S. Taylor, MO Bar No. 51843
**Van Matre Law Firm, P.C.**
1103 East Broadway
P.O. Box 1017
Columbia, MO 65201
Telephone: (573) 874-7777
Telecopier: (573) 875-0017
garrett@vanmatre.com
Attorneys for Creditor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this forgoing document was served through the Courts CM/ECF system upon all attorneys of records on September 15, 2023.

/s/ Garrett S. Taylor